UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID OLVERA,<br><br>                          Petitioner,<br><br>         v.<br><br>CHRISTIAN PFEIFFER,<br><br>                          Respondent. | Case No. EDCV 19-1200-RSWL (LAL)<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the Magistrate Judge's Report and Recommendation, and the remaining record, and has made a *de novo* determination.

Accordingly, IT IS ORDERED THAT:

1. The Report and Recommendation is approved and accepted;
2. Judgment be entered denying the Petition and dismissing this action with prejudice; and
3. The Clerk serve copies of this Order on the parties.

DATED: September 24, 2020         /s/RONALD S.W. LEW
                                  HONORABLE RONALD S.W. LEW
                                  UNITED STATES DISTRICT JUDGE