UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID OLVERA, | Case No. EDCV 19-1200-RSWL (LAL) |
| Petitioner, | **JUDGMENT** |
| v. | |
| CHRISTIAN PFEIFFER, | |
| Respondent. | |

Pursuant to the Order Accepting Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: September 24, 2020

/s/RONALD S.W. LEW
HONORABLE RONALD S.W. LEW
UNITED STATES DISTRICT JUDGE